UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PETRA DEBOSE, | ) CASE NO. 1:16-cv-1125 |
| | ) |
| PLAINTIFF, | ) JUDGE SARA LIOI |
| | ) |
| vs. | ) MEMORANDUM OPINION |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| DEFENDANT. | ) |

Before the Court is the report and recommendation of Magistrate Judge Kathleen Burke, recommending that the decision of the Commissioner of Social Security ("Commissioner") denying the application of plaintiff Petra DeBose ("plaintiff") for Supplemental Security Income and Disability Insurance Benefits, be affirmed. (Doc. No. 16 (Report and Recommendation ["R&R"]).)

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).

The failure to file written objections to the report and recommendation of a magistrate judge constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v.*

*Walters*, 638 F.2d 947 (6th Cir. 1981). Objections to the R&R were due on April 26, 2017. Plaintiff is represented by counsel. No objections to the R&R have been filed.

The Court has reviewed Magistrate Judge Burke's report and recommendation and adopts the same. Accordingly, the final decision of the Commissioner denying plaintiff's application for Supplemental Security Income, and Disability Insurance Benefits, is affirmed.

**IT IS SO ORDERED**.


Dated: April 28, 2017

                                         **HONORABLE SARA LIOI**
                                         **UNITED STATES DISTRICT JUDGE**